

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

06-20-00053-CR

_____

TAQUAN RASHAD SPRIGGS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR19-198

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of the reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Volume five of the reporter's record includes a social security number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volume five of the reporter's record contains sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed volume five of the reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: August 31, 2020